UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH RAMIREZ,

                                  Plaintiff,

                  -against-

SMITH, CARROAD, LEVY, WAN & PARIKH,
P.C. and PRAGNA PARIKH,

                                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7/26/2023

23 Civ. 4355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' proposed case management plan. ECF No. 11-1. There are two issues with the parties' submission. First, the parties do not identify any "exceptional circumstances" justifying a deadline to file amended pleadings or join additional parties except with leave of court longer than thirty days. *Id.* ¶ 3. The parties should either note those circumstances for the Court or revise the deadline in Paragraph 3 to reflect a deadline of thirty days. Second, the parties state separate positions on alternative dispute resolution in Paragraph 10, *id.* ¶¶ 10(b)–(c), when the submission should reflect the parties' joint position. Accordingly, by **August 2, 2023**, the parties shall file a revised proposed case management plan.

SO ORDERED.

Dated: July 26, 2023
       New York, New York

ANALISA TORRES
United States District Judge