UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
  DEBORAH RAMIREZ,                                    Docket No.: 1:23-cv-04355-AT

                                *Plaintiff,*
            v.                                        **RULE 7.1 DISCLOSURE**

  SMITH, CARROAD, LEVY, WAN & PARIKH, P.C.
  And PRAGNA PARIKH,

                                *Defendants.*
------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Procedure 7.1, Defendants SMITH, CARROAD, LEVY, WAN & PARIKH, P.C. n/k/a SMITH CARROAD WAN & PARIKH, P.C., a professional association, hereby states that SMITH CARROAD WAN & PARIKH, P.C., has neither a parent corporation nor any publicly held corporation owning 10% or more of its stock.

Dated:  New York, New York
        August 2, 2023

                                                         FURMAN KORNFELD & BRENNAN LLP

                                    By:     /s/ Asher Kest_____
                                                Aaron M. Barham, Esq.
                                                Asher Kest, Esq.
                                                *Attorneys for Defendants*
                                                88 Pine Street – 32nd Floor
                                                New York, NY 10005
                                                Tel: (212)-867-4100
                                                Fax: (212)-867-4118
                                                File No.: 313.536