*Deborah Ramirez v. Smith Carroad Levy Wan & Parikh PC, et ano*
Case No.: 23-cv-04355-AT

**Smith Carroad - Privilege Log**

| *Document Type* | *Dates* | *Description* | *Privilege Justification* | *Documents Withheld (Inclusive of Redactions)* |
|---|---|---|---|---|
| Emails | 6/04/2022 7/07/2022 7/25/2022 8/15/2022 9/07/2022 9/29/2022 9/30/2022 10/01/2022 10/04/2022 10/17/2022 11/30/2022 12/15/2022 1/05/2023 1/12/2023 3/01/2023 3/08/2023 4/14/2023 | Communications between Smith Carroad and client re discussion of Ramirez debt and litigation thereof | Attorney-Client, Attorney Work Product | 27 |
| Letter | 6/02/2022 | Letter communication between Smith Carroad and client regarding strategy for debt owed by Ramirez | Attorney-Client, Attorney Work Product | 1 |
| Emails | 6/12/2023 | Communications between Smith Carroad and counsel regarding the instant action | Attorney-Client, Attorney Work Product | 2 |