```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/4/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH RAMIREZ,

           Plaintiff,

-against-

SMITH, CARROAD, LEVY, WAN & PARIKH, P.C.,
and PRAGNA PARIKH,

           Defendants.

23 Civ. 4355 (AT) (RWL)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

    The above-entitled action is referred to the Honorable Robert W. Lehrburger for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br>_____ECF No. 22_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated: October 4, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge