UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH RAMIREZ,

                     Plaintiff,

        - against -

SMITH, CARROAD, LEVY,
WAN & PARIKH, P.C., et al,

                     Defendants.
------------------------------------------------------------X

23-CV-4355 (AT) (RWL)

**ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves the discovery issues raised in Plaintiff's October 3, 2023 letter at Dkt. 22, and to which Defendants responded by letter at Dkt. 24. Plaintiff's requests for relief are GRANTED in PART, and DENIED in PART, as follows:

    **1. Privilege Log:** Defendants must amend the log to provide the individual names of the persons who sent or received the emails at issue, and also must provide the individual name of the "counsel" in the 6/12/23 email. Plaintiff has not provided any basis for the Court to conduct in camera review of the listed documents; accordingly, that request is denied.

    **2. Document Requests:** Based on Defendants' representation as to what it has agreed to produce and the extent to which there are no responsive documents, the Court denies as moot, without prejudice, the documents demanded as described in Plaintiff's letter as items i-xiii. Defendants' objections to RFP 12 are sustained. Defendants' objection to RFP 14 is sustained inasmuch as Plaintiff used quotes, thus indicating the

1

words did not have their ordinary meaning, yet did not identify the source of the quoted terms.

**3. Interrogatories:**

No. 1:  Defendants' response is inadequate.  Defendants must identify individuals of the creditor.  Defendants must also provide individuals' address and employment information requested.

No. 4:  Defendants must identify custodians of documents; that is, Defendants must identify by name from whose files documents were collected.  Defendants need not identify which documents came from which custodian.  Plaintiff need not otherwise address the concerns raised in Plaintiff's letter.

No. 5:  Defendants have sufficiently responded to this request.

No. 6:  Based on Defendants' representation that it is providing an amended response as described this request for relief is denied as moot, without prejudice.

No. 7:  Plaintiff must provide a document setting forth definitions of the codes identified in Plaintiff's Exhibit D at pp.4-6.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 22.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2023
         New York, New York

Copies transmitted this date to all counsel of record.