```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH RAMIREZ,

                    Plaintiff,

      - against -

SMITH, CARROAD, LEVY,
WAN & PARIKH, P.C., et al,

                   Defendants.
------------------------------------------------------------X

23-CV-4355 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court will hold a telephone conference with counsel to discuss potential settlement of this matter. Cases of this nature are particularly appropriate for early resolution. My Deputy will reach out to counsel to schedule a call.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2023
       New York, New York

Copies transmitted this date to all counsel of record.