```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
DEBORAH RAMIREZ,

                Plaintiff,

     -against-

SMITH, CARROAD, LEVY, WAN & PARIKH, P.C. and PRAGNA PARIKH,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2023
```

23 Civ. 4355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for December 19, 2023, is ADJOURNED to **February 27, 2024**, at **10:20 a.m**.

    SO ORDERED.

Dated: November 30, 2023
       New York, New York

ANALISA TORRES
United States District Judge