

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH RAMIREZ,                              :
                                              :    23-CV-4355 (AT) (RWL)
                    Plaintiff,                :
                                              :
          - against -                         :    ORDER
                                              :
SMITH, CARROAD, LEVY,                         :
WAN & PARIKH, P.C., et al,                    :
                                              :
                    Defendants.               :
                                              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on December 12, 2023:

1. The parties shall employ the following process for selection of a mediator: (1) By Friday December 15, 2023, each party will provide the other with three proposed mediator candidates; (2) By Tuesday December 19, 2023, the parties shall meet and confer with the aim of agreeing upon a mediator from the names proposed; (3) By December 30, 2023, the parties shall jointly file a letter reporting status on selection of a mediator; (4) If the parties do not agree upon a mediator, the joint letter shall identify the names of the mediators proposed along with any relevant information about them the parties wish to provide, and the Court will select one.

2. In addition, and although not discussed at the conference, the parties shall discuss whether they are amenable to using the District's Mediation Program. *See* https://www.nysd.uscourts.gov/programs/mediation-adr.

3. By December 22, 2023, Defendant shall provide to Plaintiff initial disclosures and any relevant insurance policies (with declarations).

1

4. Plaintiff shall provide Defendant with HIPAA authorizations.

5. Discovery is extended by 90 days. Accordingly, the deadline to complete discovery is April 29, 2023. The deadline to complete expert discovery is May 29, 2023.

6. Other rulings as per record.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 30.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 12, 2023
   New York, New York

Copies transmitted this date to all counsel of record.