UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH RAMIREZ,

                              Plaintiff,

              -against-

SMITH, CARROAD, LEVY, WAN & PARIKH,
P.C. and PRAGNA PARIKH,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023
```

23 Civ. 4355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for February 27, 2024, is ADJOURNED to **May 21, 2024, at 10:00 a.m.**

SO ORDERED.

Dated: December 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge