USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH RAMIREZ,

                Plaintiff,

-against-

SMITH, CARROAD, LEVY, WAN & PARIKH, P.C. and PRAGNA PARIKH,

                Defendants.

23 Civ. 4355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for May 21, 2024, is ADJOURNED to **September 10, 2024**, at **10:00 a.m**.

    SO ORDERED.

Dated: March 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge