```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH RAMIREZ,

                Plaintiff,

-against-

SMITH, CARROAD, LEVY, WAN & PARIKH, P.C. and PRAGNA PARIKH,

                Defendants.

23 Civ. 4355 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that all claims asserted herein have been settled in principle. ECF No. 42. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated. Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis.

    In the parties' proposed stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), they request that the Court "retain jurisdiction to enforce the terms of the settlement." *Id.* Per Section IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so-ordered by **May 24, 2024**. In addition, the Court will not retain jurisdiction to enforce a settlement agreement beyond one year of its entry.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: April 25, 2024
       New York, New York

ANALISA TORRES
United States District Judge